## (July 11, 1960)

■ In the Matter of JOEL DOLKART, Respondent, against GREENWALD INDUSTRIES, INC., Appellant. In the Matter of FORTUNA COFFEE CORP., Respondent, against GREENWALD INDUSTRIES, INC., Appellant. In the Matter of CHARLES G. BLUHDORN, Respondent, against GREENWALD INDUSTRIES, INC., Appellant. GREENWALD INDUSTRIES, INC., Appellant, v. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION, et al., Respondents.— Motions for a stay granted on condition that appellant perfect the appeals for the September 1960 Term, beginning September 7, 1960, for which term the appeals are ordered to be placed on the calendar. The records and appellant's brief or briefs must be served and filed on or before August 15, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ In the Matter of the Estate of LOUIS SHULSKY, Deceased. HILDA S. WEINSTEIN et al., Appellants; NATHAN W. MATH as Special Guardian for RENA M. SHULSKY and Others, Infants, et al., Intervenors-Respondents, RUBIN SHULSKY, as Executor of LOUIS SHULSKY, Deceased, et al., Respondents.— Motion by William T. Harris, Special Guardian for respondent Marvin R. Shulsky, infant remainderman, to dismiss the appeal from two orders of the Surrogate's Court, Kings County: one, dated March 22, 1960, granting motions for intervention in a discovery proceeding; and the other, dated March 30, 1960, granting reargument and adhering to the original determination. As to the first order, dated March 22, 1960, motion dismissed as academic (*Matter of Shulsky*, 11 A D 2d 795). As to the second order, dated March 30, 1960, motion denied (cf. *Matter of Petroleum Research Fund*, 3 A D 2d 1, 4). Nolan, P. J., Beldock, Christ and Brennan, JJ., concur.

■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, against IRWIN STAPLE, an Attorney, Respondent.— Motion to confirm the report of the Official Referee granted except as to the degree of discipline recommended. The Official Referee has recommended that respondent be suspended from the practice of the law for a period of six months to one year. The court is of opinion that under all the circumstances the respondent should be disbarred. The respondent is disbarred and his name is ordered to be struck from the roll of attorneys. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.